**Medical Properties Trust**

January 21, 2011

**VIA EMAIL (jack.mitchell@healthsouth.com) AND FEDEX**

Northwest Arkansas Rehabilitation Associates
c/o Continental Medical Systems, Inc.
600 Wilson Lane
P.O. Box 715
Mechanicsburg, PA 17055

RE:   Lease and Security Agreement dated March 28, 1990; as amended by that certain First Amendment to Lease dated June 28, 1991; as further amended by that certain Second Amendment to Lease dated December 15, 1991; as further amended by that certain Third Amendment to Lease dated December 31, 1994; as further amended by that certain Fourth Amendment to Lease dated June 22, 2001; as amended by that certain Fifth Amendment to Operating Lease & Security Agreement dated December 1, 2009 (collectively the "Lease") by and between MPT of Fayetteville, LLC, as successor to Fayetteville Health Associates Limited Partnership, and Northwest Arkansas Rehabilitation Associates

Dear Mr. Mitchell:

As you know, Washington Regional Outreach Services ("WROS") and MPT of Fayetteville, LLC ("MPT") are in the midst of the process of determining the Fair Market Purchase Price of that certain rehabilitation hospital owned by MPT and located at 153 East Monte Painter Drive, Fayetteville, Arkansas (the "Property").

Our appraiser, Mr. Neil Salzgeber, MAI, of Salus Valuation Group ("Salus") has prepared an appraisal consistent with the requirements of the Lease that reflects a Fair Market Value Purchase Price (as defined in the Lease) of Nineteen Million Five Hundred Thousand Dollars ($19,500,000).

We are in receipt of the appraisal prepared for WROS by Ernest W. Wolf & Stephen Cosby at CB Richard Ellis and advise you that we do not believe that it was prepared in accordance with the requirements of the Lease. Nevertheless, reserving all our rights, we desire to move the process forward and, accordingly, are delivering the attached copy of the Salus appraisal.

[SIGNATURE BELOW]

Medical Properties Trust, Inc.
1000 Urban Center Drive, Suite 501, Birmingham, Alabama 35242
205.969.3755, Fax 205.969.3756, www.medicalpropertiestrust.com


EXHIBIT I

Sincerely,

MPT of Fayetteville, LLC

By: MPT Operating Partnership, L.P.
Its: Sole Member

By: *Robert M. Moss*
Name: Robert M. Moss
Its: Associate Counsel