[Quoted text hidden]

---

**Rob Moss** <rmoss@medicalpropertiestrust.com>  Mon, Jan 10, 2011 at 11:32 AM
To: Neil Salzgeber <neil.salzgeber@salusvg.com>, norm.lezotte@salusvg.com
Cc: "Emmett E. McLean" <emclean@medicalpropertiestrust.com>, Sandy Dodd <sdodd@medicalpropertiestrust.com>, Rosa Hooper <rhooper@medicalpropertiestrust.com>

Neil-

I know we've had a couple of calls on this but we are going to need a draft of this appraisal by January 17. When will you guys be onsite at Fayetteville?

RM

---

**From:** Emmett E. McLean
**Sent:** Tue 12/28/2010 2:01 PM
**To:** Neil Salzgeber; norm.lezotte@salusvg.com
**Cc:** Rosa Hooper; Rob Moss; Sandy Dodd; Kolb, Thomas; Lou Cohen; Leigh Janson
**Subject:** HealthSouth Fayetteville Appraisal

[Quoted text hidden]

---

**Neil Salzgeber** <neil.salzgeber@salusvg.com>  Mon, Jan 10, 2011 at 12:02 PM
To: Rob Moss <rmoss@medicalpropertiestrust.com>
Cc: norm.lezotte@salusvg.com, "Emmett E. McLean" <emclean@medicalpropertiestrust.com>, Sandy Dodd <sdodd@medicalpropertiestrust.com>, Rosa Hooper <rhooper@medicalpropertiestrust.com>

Rob,

We will do our best to get access to the facility and get a draft to you as soon as possible, but your timeline is a little tough. I need to get out to Lubbock in the latter part of this week and might be able to tour the Fayetteville facility then or the start of next week. I can send you a letter of engagement today and get the process in the works. Is the engagement to have the same scope/structure as Morgantown?

Neil

[Quoted text hidden]
[Quoted text hidden]

---

**Emmett E. McLean** <emclean@medicalpropertiestrust.com>  Mon, Jan 10, 2011 at 12:35 PM
To: Neil Salzgeber <neil.salzgeber@salusvg.com>, Rob Moss <rmoss@medicalpropertiestrust.com>
Cc: norm.lezotte@salusvg.com, Sandy Dodd <sdodd@medicalpropertiestrust.com>, Rosa Hooper <rhooper@medicalpropertiestrust.com>

Neil,
I am a little surprised. When we talked last week you said there was no problem with the timetable. Is it moving up the draft date? My concern is twofold, one, I want to avoid a last minute sprint like we did on Morgantown and two, I am out of the country on Jan. 20, 21.
Thanks,
Emmett

**EXHIBIT 5**

**From:** Neil Salzgeber [mailto:neil.salzgeber@salusvg.com]

**Sent:** Mon 1/10/2011 11:02 AM
**To:** Rob Moss
**Cc:** norm.lezotte@salusvg.com; Emmett E. McLean; Sandy Dodd; Rosa Hooper
**Subject:** Re: HealthSouth Fayetteville Appraisal

[Quoted text hidden]

---

**Norm LeZotte <norm.lezotte@salusvg.com>**                    Mon, Jan 10, 2011 at 2:08 PM
To: "Emmett E. McLean" <emclean@medicalpropertiestrust.com>
Cc: Neil Salzgeber <neil.salzgeber@salusvg.com>

Emmett,

We will do everything possible to get the assignment done very quickly. What Neil is politely referring to is that nobody from MPT got back with us over the last week plus to give us the go ahead to proceed. When he last spoke with you all it was left off that MPT would negotiate with HealthSouth and then let us know if the appraisal was necessary. It was not until today's email from Rob that we knew the report was going to be required and it only gives us one week to complete the report.

Neil and I will start work immediately, but I wanted you to understand the circumstances.

Norm

[Quoted text hidden]

--
Norm LeZotte, MAI
President
Salus Valuation Group, Inc.
180 Interstate North Parkway, Suite 250
Atlanta, GA 30339
(404) 965-3054 x1 (direct)
(770) 933-0954 (fax)
norm.lezotte@salusvg.com

---

**Emmett E. McLean <emclean@medicalpropertiestrust.com>**        Mon, Jan 10, 2011 at 3:15 PM
To: Norm LeZotte <norm.lezotte@salusvg.com>
Cc: Neil Salzgeber <neil.salzgeber@salusvg.com>

Sorry about that guys. I thought it was conveyed that we still needed the appraisal by Jan. 21. I understand the confusion now. My cell phone is on the blink now so if you need to talk you can get me at home today (hopefully at the office tomorrow), 205-967-8711.
Thank you.

---

**From:** Norm LeZotte [mailto:norm.lezotte@salusvg.com]
**Sent:** Mon 1/10/2011 1:08 PM
**To:** Emmett E. McLean
**Cc:** Neil Salzgeber
**Subject:** Fwd: HealthSouth Fayetteville Appraisal

[Quoted text hidden]

---

**Neil Salzgeber <neil.salzgeber@salusvg.com>**                  Mon, Jan 10, 2011 at 3:23 PM
To: "Emmett E. McLean" <emclean@medicalpropertiestrust.com>
Cc: Norm LeZotte <norm.lezotte@salusvg.com>

Emmett,

We should be able to work within that timeframe, but we need to define the scope of the report for our diligence and the LOE, which I can forward later today, along with property contact information so I can have access the facility and book travel. If I can get this today, I can include it in my travel for the latter part of this week.

Also, we should be able to get you numbers before your trip.

Neil

[Quoted text hidden]

---

**Emmett E. McLean** <emclean@medicalpropertiestrust.com>　　　　　Mon, Jan 10, 2011 at 3:46 PM

To: Neil Salzgeber <neil.salzgeber@salusvg.com>
Cc: Norm LeZotte <norm.lezotte@salusvg.com>

Thanks Neil. I think Rob Moss sent you the lease and the section pertaining to the appraisal. Let me know if you do not have it. As I understand it the appraisal on this one assumes the lease is not in place. So it seems that you would like at the same areas that you did before on the Morgantown appraisal. If the two appraisals are within 10% of each other the lease says to take the average of them. If they are not then, there is a need to pick a third appraiser. The letter we sent you had the names of the two CBRE guys in Fayetteville, AR that are doing it for Washington Regional, which is a 30% owner partner with HealthSouth on this one (HSR owns the other 70%). I strongly suggest you contact those guys and see if you can collaborate with them. We may also need you to contact the HealthSouth appraiser. I will see if we have that information but maybe the CBRE guys know that too.
For reference we paid $19,284,428 for this facility (same date as Morgantown). Current rent is $1,744,734, annual escalators are 0-3% based on CPI. Lease expires 6.30.2011. The facility is 56,837 square feet, 60 beds. The annualized 9/30/2010 EBITDAR is $4,297,081, EBITDA is $2,468,180.
Hope this helps.

---

**From:** Neil Salzgeber [mailto:neil.salzgeber@salusvg.com]
**Sent:** Mon 1/10/2011 2:23 PM
**To:** Emmett E. McLean
**Cc:** Norm LeZotte

[Quoted text hidden]

[Quoted text hidden]