Thanks

[Quoted text hidden]

Neil F. Salzgeber, MAI
Executive Vice President
Salus Valuation Group, Inc
9950 Princess Palm Avenue, Suite 326
Tampa, Florida  33619
(404) 965-3054 x4 (Direct)
(352) 467-0744 - (Cell)

www.salusvg.com

---

**Rob Moss <rmoss@medicalpropertiestrust.com>**  Thu, Jan 13, 2011 at 12:05 PM
To: Neil Salzgeber <neil.salzgeber@salusvg.com>
Cc: emclean@medicalpropertiestrust.com, "Kolb, Thomas" <tkolb@bakerdonelson.com>, emeyerson@bakerdonelson.com, Sandy Dodd <sdodd@medicalpropertiestrust.com>, Rosa Hooper <rhooper@medicalpropertiestrust.com>

Neil-

Confirmed that you'll have access on Monday anytime after 10 AM on Monday, January 17.  Your contact is Jack Mitchell, 479-444-2201.  His email is jack.mitchell@healthsouth.com.

**Robert M. Moss**

**Associate Counsel**

**Medical Properties Trust**

1000 Urban Center Dr, Ste 501

Birmingham, AL  35242

**(205)-969-3755 Phone**

(205)-969-3756 Fax

EXHIBIT
6.

tp://mail.google.com/a/salusvg.com/?ui=2&ik=8221ccbf37&view=pt&q=rob%20rmoss...   1/14/2011

rmoss@medicalpropertiestrust.com

www.medicalpropertiestrust.com

The information contained herein is privileged and confidential. Should you obtain this information in error, please call the number above or send a reply to the email sender, notify sender, and delete said email from your system immediately. You are hereby notified that any unauthorized use or distribution of this material to anyone other than the intended recipient is illegal, may contain attorney work product, may violate the attorney-client privilege, and will be fully prosecuted.

---

**Neil Salzgeber** <neil.salzgeber@salusvg.com>	Thu, Jan 13, 2011 at 12:06 PM
To: Rob Moss <rmoss@medicalpropertiestrust.com>

Thanks

[Quoted text hidden]

[Quoted text hidden]

---

**Neil Salzgeber** <neil.salzgeber@salusvg.com>	Fri, Jan 14, 2011 at 2:08 PM
To: Rob Moss <rmoss@medicalpropertiestrust.com>
Cc: "Emmett E. McLean" <emclean@medicalpropertiestrust.com>, Norm LeZotte <norm.lezotte@salusvg.com>

Rob,

I will arrive into Fayetteville at approx. 12:00 noon and travel directly to the facility. I should be there by 1:00pm.

Thanks

[Quoted text hidden]

---