

# LOOPER REED

LOOPER REED & MCGRAW P.C.

D. SCOTT FUNK
SHAREHOLDER
D: 713.986.7171
SFUNK@LRMLAW.COM

April 20, 2012

*Via Email: awooten@cwlaw.com*
G. Alan Wooten
Connor & Winters
4375 N. Vantage Dr., Suite 405
Fayetteville, AR 72703

*Via Email: dangulo@barrettdeacon.com*
Alfred F. Angulo, Jr.
Barrett & Deacon, P.A.
P.O. Box 1506
Fayetteville, AR 72702

    Re:    Case No. 11-5030; *Washington Regional Outreach Services v. MPT of Fayetteville, LLC, et al.;* In the United States District Court for the Western District of Arkansas

Dear Gentlemen:

    This in response to both of your letters asking MPT of Fayetteville, LLC ("MPT") to reconsider the notice terminating the month-to-month tenancy of Northwest Arkansas Rehabilitation Associates ("NARA") and asking it to vacate the premises by May 31, 2012.

    It is MPT's understanding that Washington Regional Outreach Services ("WROS") and NARA contend the fair market value of the property is $9,400,000, and that WROS will not purchase the property for a price between $14.5 million (the mid-point between the MPT and WROS appraisals) and $19.5 million (the amount of the MPT appraisal). It is MPT's understanding that WROS and NARA contend the fair market rental value of the property is less than $1,000,000, and that it will not pay rent in the amount of more than $1,700,000 per annum. If these understandings are not correct, please let me know immediately.

    At the conclusion of the litigation, MPT believes the lowest price at which WROS will be able to purchase the property will be above $17 million. In that event, MPT believes that WROS will not purchase the property. Again, if this is wrong, please let me know immediately.

1007678.1

1300 POST OAK BLVD, SUITE 2000 | HOUSTON, TEXAS 77056 | P: 713.986.7000 | F: 713.9

EXHIBIT
B

In the event that WROS does not purchase the property, and in the event that NARA does not agree to lease the property for more than $1,700,000 per annum, MPT faces the very real possibility that MPT will end up owning a hospital with no tenant. And of course, there is nothing that prevents NARA from presently making arrangements at any time to vacate the property on 30 days notice to MPT.

As such, MPT believes the prudent course of action to protect its investment in accordance with its duties to investors is to take action now, before it owns a vacant hospital, to find a replacement operator willing to execute a long term lease for more than $1,700,000 per annum. While MPT understands NARA's concerns, MPT also has concerns and interests to protect, and MPT does not believe there is anything wrongful about exercising its contractual rights under the lease.

However, MPT is willing to execute a long term lease (10 years or more) with NARA at a rate of more than $1,700,000 per annum, with appropriate market escalators, subject to the parties reaching an agreement on all other terms of a lease. This would reduce the rent NARA is currently paying as a holdover tenant. If WROS purchases the property, it is free to cancel the lease at that time. If NARA is willing to execute a long term lease, which would stay in effect if MPT continues to own the property, then the notice to terminate and vacate would be moot.

Please let me know if NARA is willing to engage in discussions to finalize a long term lease along these lines. Thank you.

Very truly yours,

D. Scott Funk

DSF/car

cc:   Michael Bond      *Via Email*
      Steve Hamner      *Via Email*

1007678.1