IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **WASHINGTON REGIONAL OUTREACH SERVICES** | | **PLAINTIFF** |
| **VS.** | **CASE NO. 2011-5030** | |
| **MPT OF FAYETTEVILLE, LLC,** a Delaware Limited Liability Company | | **DEFENDANT** |
| **MPT OF FAYETTEVILLE, LLC,** a Delaware Limited Liability Company | | **COUNTER-PLAINTIFF/ THIRD-PARTY PLAINTIFF** |
| **VS.** | | |
| **WASHINGTON REGIONAL OUTREACH SERVICES** | | **COUNTER-DEFENDANT** |
| **AND** | | |
| **NORTHWEST ARKANSAS REHABILITATION ASSOCIATES, a general partnership; AND CMS FAYETTEVILLE REHABILITATION, INC.** | | **DEFENDANTS** |

### DEFENDANT/COUNTER-PLAINTIFF MPT OF FAYETVILLE, LLC'S MOTION TO COMPEL DISCOVERY RESPONSES

Defendant/Counter-Plaintiff/Third-Party Plaintiff MPT of Fayetteville, LLC ("MPT") files this Motion to Compel Discovery Responses and would show as follows.

1. MPT served Interrogatories and Requests for Production of Documents to Washington Regional Outreach Services ("Washington"), and requested any communications regarding the Subject Property sent by and between Washington and MPT, and requested them in their native format (electronically in the case of e-mails).

2. Washington claims MPT's appraisal was not timely, and thus, the date that Washington actually received a copy of MPT's appraisal is at issue. Rob Moss of MPT sent an e-mail

1068688.1

to Tom Olmstead of Washington on January 21, 2011, with a copy of the appraisal attached. Despite MPT's request to Washington to produce this e-mail, Washington has not produced it as of May 17, 2012, the discovery deadline.

3. MPT's counsel has conferred several times with Washington's counsel in an attempt to resolve this dispute, including offering to stipulate that Washington received the e-mail and the attachment on January 21, 2011, rather than having to produce it again. Washington refuses to stipulate. Washington's counsel has promised the e-mail will be produced, but Washington has not produced it yet.

4. MPT seeks an order requiring Washington to produce this e-mail and the attachment in its native format as requested within 10 days.

Respectfully submitted,

**KUTAK ROCK LLP**

By: /s/ *Michael R. Bond*

    Michael R. Bond, AR 2003114
    Russell Atchley, AR 82007
    Dustin R. Darst, AR 2008141
    234 East Millsap Road, Suite 400
    Fayetteville, AR 72703-4099
    (479) 973-4200 Telephone
    (479) 973-0007 Facsimile
    Michael.Bond@KutakRock.com
    Russell.Atchley@KutakRock.com
    Dustin.Darst@KutakRock.com

**LOOPER, REED, & MCGRAW**

By: /s/ *D. Scott Funk*

    D. Scott Funk, admitted pro hac vice
    1300 Post Oak Blvd.,
    Houston, TX 77056
    (713) 986-7000 Telephone
    (713) 986-7100 Facsimile
    sfunk@lrmlaw.com

**ATTORNEYS FOR MPT OF FAYETTEVILLE, LLC**

**CERTIFICATE OF SERVICE**

I certify that on the 17th day of May, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| G. Alan Wooten<br>Conner & Winters<br>4375 N. Vantage Drive<br>Fayetteville, AR 72703 | awooten@cwlaw.com |
| Robert A. Frazier<br>Frazier & Frazier, Lawyers, PLC<br>114 South 1st Street, Suite 202<br>Rogers, AR 72756 | robert@frazierlawyers.com |
| Thomas J. Olmstead<br>3215 North North Hills Boulevard<br>Fayetteville, AR 72703 | tolmstead@wregional.com |
| Alfred F. Angulo, Jr.<br>Barrett & Deacon, P.A.<br>P.O. Box 1506<br>Fayetteville, AR 72702 | dangulo@barrettdeacon.com |

/s/ *Michael R. Bond*
Michael R. Bond

1068688.1                                4